MISTY A. MURRAY (SBN CA 196870)
mmurray@hinshawlaw.com
VIVIAN I. ORLANDO (SBN CA 213833)
vorlando@hinshawlaw.com
CHAKAMEH GANJI (SBN CA 311720)
cganji@hinshawlaw.com
HINSHAW & CULBERTSON LLP
633 West 5th Street, 47th Floor
Los Angeles, CA 90071-2043
Telephone:  213-680-2800
Facsimile:   213-614-7399

Attorneys for Defendants
Transamerica Premier Life Insurance Company
f/k/a Monumental Life Insurance Company
and Transamerica Financial Life Insurance Company

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA LAMB, individually,<br><br>   Plaintiff,<br><br>vs.<br><br>TRANSAMERICA PREMIER LIFE INSURANCE COMPANY; TRANSAMERICA FINANCIAL LIFE INSURANCE COMPANY; MONUMENTAL LIFE INSURANCE COMPANY; WELLS FARGO BANK, N.A.; and DOES 1 through 100, Inclusive,<br><br>   Defendants. | Case No.  2:18-cv-3255<br><br>**DEFENDANT TRANSAMERICA PREMIER LIFE INSURANCE COMPANY F/K/A MONUMENTAL LIFE INSURANCE COMPANY'S CORPORATE DISCLOSURE STATEMENT**<br><br>[F.R.C.P. 7.1]<br><br>Complaint Filed: March 13, 2018 |

**TO THE HONORABLE COURT, AND TO PLAINTIFF AND HER COUNSEL OF RECORD:**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant Transamerica Premier Life Insurance Company ("TPLIC"), formerly known as Monumental Life Insurance Company, states as follows:

TPLIC's direct parent corporation is Commonwealth General Corporation. Commonwealth General Corporation is not publicly traded.

TPLIC is an indirect subsidiary of AEGON, N.V., which is a publicly traded holding company with its headquarters in The Hague, the Netherlands. The principal market for common shares of AEGON N.V. is Euronext Amsterdam. American Depository Receipts (ADRs) of AEGON N.V. are also listed on the New York Stock Exchange under the ticker symbol AEG.

DATED: April 18, 2018                              Hinshaw & Culbertson LLP

By: /s/ Vivian I. Orlando
Misty A. Murray
Vivian I. Orlando
Chakameh Ganji
Attorneys for Defendants Transamerica Premier Life Insurance Company f/k/a Monumental Life Insurance Company and Transamerica Financial Life Insurance Company

# CERTIFICATE OF SERVICE

*Donna Lamb v. Transamerica Premier Life Insurance Company, et al.*

## Case No. NEW

### STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am a citizen of the United States and employed in Los Angeles, California, at the office of a member of the bar of this Court at whose direction this service was made. I am over the age of 18 and not a party to the within actions; my business address is 633 West 5th Street, Los Angeles, CA 90071-2800.

On **April 18, 2018**, I served the document(s) entitled, **DEFENDANT TRANSAMERICA PREMIER LIFE INSURANCE COMPANY F/K/A MONUMENTAL LIFE INSURANCE COMPANY'S CORPORATE DISCLOSURE STATEMENT** on the interested parties in this action by placing true copies thereof enclosed in a sealed envelope(s) addressed as stated below:

### SEE ATTACHED SERVICE LIST

☒ **(BY MAIL):** I deposited such envelope in the mail at Los Angeles, California with postage fully prepaid. I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be placed for collection and mailing, and deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

☐ **(BY ELECTRONIC MAIL):** By transmitting a true copy thereof to the electronic mail addresses as indicated below.

☐ **(BY FACSIMILE):** By transmitting an accurate copy via facsimile to the person and telephone number as stated.

☐ **(BY CM/ECF SERVICE):** I caused such document(s) to be delivered electronically via CM/ECF as noted herein.

☐ **(BY HAND DELIVERY):** I caused to be delivered by hand each sealed envelope to the addressee(s) mentioned in the attached service/mailing list.

I declare under penalty of perjury under the laws of the United States that the above is true and correct and was executed on **April 18, 2018**, at Los Angeles, California.

_____
Nora Vasquez

## SERVICE LIST

*Donna Lamb v. Transamerica Premier Life Insurance Company, et al.*

### Case No. NEW

Lawrence P. Grassini, Esq.
Lars C. Johnson, Esq.
Brian Hong, Esq.
GRASSINI, WRINKLE & JOHNSON
20750 Ventura Boulevard, Suite 221
Woodland Hills, CA  91364-6235
Tel: (818) 348-1717
Fax: (818) 348-7921
Email: mail@grassinilaw.com

Jeremy T. Katz, Esq.
SEVERSON & WERSON
Attorney for Defendant Wells Fargo Bank, N.A.
The Atrium, 19100 Von Karman Ave.
Suite 700
Irvine, CA 92612
Email: jtk@severson.com