MISTY A. MURRAY (SBN CA 196870)
mmurray@hinshawlaw.com
VIVIAN I. ORLANDO (SBN CA 213833)
vorlando@hinshawlaw.com
CHAKAMEH GANJI (SBN CA 311720)
cganji@hinshawlaw.com
HINSHAW & CULBERTSON LLP
633 West 5th Street, 47th Floor
Los Angeles, CA 90071-2043
Telephone:   213-680-2800
Facsimile:    213-614-7399

Attorneys for Defendants
Transamerica Premier Life Insurance Company
f/k/a Monumental Life Insurance Company
and Transamerica Financial Life Insurance Company

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA LAMB, individually,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>TRANSAMERICA PREMIER LIFE INSURANCE COMPANY; TRANSAMERICA FINANCIAL LIFE INSURANCE COMPANY; MONUMENTAL LIFE INSURANCE COMPANY; WELLS FARGO BANK, N.A.; and DOES 1 through 100, Inclusive,<br><br>　　　　Defendants. | Case No. 2:18-cv-03255-FMO-MRW<br><br>Honorable Fernando M. Olguin<br><br>**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS TRANSAMERICA PREMIER LIFE INSURANCE COMPANY F/K/A MONUMENTAL LIFE INSURANCE COMPANY AND TRANSAMERICA FINANCIAL LIFE INSURANCE COMPANY TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT (BY NOT MORE THAN 30 DAYS)**<br><br>[L.R. 8-3]<br><br>Complaint served:　　April 5, 2018<br>Current response date:　April 26, 2018<br>New response date:　　May 25, 2018<br><br>Complaint Filed:　　　March 13, 2018 |

# **STIPULATION**

Pursuant to Rule 8-3 of the Local Rules of Practice for the United States District Court for the Central District of California, Plaintiff Donna Lamb ("Plaintiff") and Defendants Transamerica Premier Life Insurance Company, formerly known as Monumental Life Insurance Company, and Transamerica Financial Life Insurance Company (collectively, "Defendants"), by and through their respective counsel of record, hereby stipulate to extend the time within which Defendants may answer or otherwise respond to the First Amended Complaint ("FAC") filed by Plaintiff on April 4, 2018 in the Superior Court of California, County of Los Angeles.

Defendants' agents for service of process were personally served with a copy of the Summons and Complaint on March 19, 2018. Prior to the initial response pleading deadline and prior to removal to this Court, Plaintiff filed the FAC in state court on April 4, 2018. Defendants' agents for service of process were personally served with a copy of the Summons and FAC on April 5, 2018.

Defendants' timely removed the above-entitled action to this Court on April 18, 2018. Based upon service of the FAC on April 5, 2018, and pursuant to Rule 81(c) of the Federal Rules of Civil Procedure, Defendants' response to the FAC is due April 26, 2018.

Defendants' counsel has requested to extend the initial responsive pleading deadline by not more than 30 days so as to allow defense counsel time to gather and review the relevant documents and to prepare the responsive pleading(s). Defendants have not requested any prior continuances of the initial responsive pleading deadline.

The parties, by and through their respective counsel of record, hereby stipulate that Defendants' shall have additional time from the initial response date in which to answer or otherwise respond to the FAC, such that a responsive pleading filed on or before May 25, 2018 shall be deemed timely.

Pursuant to this Court's Civil Local Rule 8-3, because the requested extension is not more than 30 days, this stipulation "need not be approved by the judge," but shall be filed with the Clerk.

DATED: April 23, 2018          HINSHAW & CULBERTSON LLP

By: */s/ Chakameh Ganji*
MISTY A. MURRAY
VIVIAN I. ORLANDO
CHAKAMEH GANJI
Attorneys for Defendants Transamerica Premier Life Insurance Company f/k/a Monumental Life Insurance Company and Transamerica Financial Life Insurance Company

DATED: April 23, 2018          GRASSINI, WRINKLE & JOHNSON

By: */s/ Lars C. Johnson*
LAWRENCE P. GRASSINI
LARS C. JOHNSON
BRIAN HONG
Attorneys for Plaintiff
Donna Lamb

*Filer's Attestation: Pursuant to Local Rule 5-4.3.4(a)(2)(i) regarding signatures, Chakameh Ganji hereby attests that concurrence in the filing of this document and its content has been obtained by all signatories listed.*