MATTHEW A. GARFINKLE (State Bar No. 264730)
mag@severson.com
JEREMY T. KATZ (State Bar No. 267361)
jtk@severson.com
SEVERSON & WERSON
A Professional Corporation
The Atrium
19100 Von Karman Avenue, Suite 700
Irvine, California 92612
Telephone: (949) 442-7110
Facsimile: (949) 442-7118

MARK D. LONERGAN (State Bar No. 143622)
mdl@severson.com
MARK I. WRAIGHT (State Bar No. 228303)
miw@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendant
WELLS FARGO BANK, N.A.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

| | |
|---|---|
| DONNA LAMB, individually,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>TRANSAMERICA PREMIER LIFE INSURANCE COMPANY; TRANSAMERICA FINANCIAL LIFE INSURANCE COMPANY; MONUMENTAL LIFE INSURANCE COMPANY; WELLS FARGO BANK, N.A.; and DOES 1 through 100, Inclusive,<br><br>　　　　Defendants. | Case No. 2:18-cv-03255 FMO (MDWx)<br>Hon. Fernando M. Olguin<br>Ctrm. 6D —1st Street, 6th Floor<br><br>**STIPULATED REQUEST FOR DISMISSAL OF DEFENDANT WELLS FARGO BANK, N.A.**<br><br>Action Filed:　March 13, 2018<br>Removal Date:　April 18, 2018<br>Trial Date:　　None Set |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

**IT IS HEREBY STIPULATED** by and between Plaintiff Donna Lamb ("Plaintiff") and Defendant Wells Fargo Bank, N.A., ("Wells Fargo") that Wells Fargo be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(2), and that Plaintiff and Wells Fargo shall each bear their own attorneys' fees and costs.

DATED:  May 29, 2018        GRASSINI, WRINKLE & JOHNSON

By: _____*/s/ Brian Hong*_____
LAWRENCE P. GRASSINI
LARS C. JOHNSON
BRIAN HONG
Attorneys for Plaintiff Donna Lamb

DATED:  May 29, 2018        **SEVERSON & WERSON, APC**

By: _____*/s/ Jeremy T. Katz*_____
MATTHEW A. GARFINKLE
JEREMY T. KATZ
Attorneys for Defendant
Wells Fargo Bank, N.A.

*Filer's Attestation: Pursuant to Local Rule 5-4.3.4(a)(2)(i) regarding signatures, Jeremy T. Katz hereby attests that concurrence in the filing of this document and its content has been obtained by all signatories listed*

# CERTIFICATE OF SERVICE
*Lamb v. Transamerica Premier Life Insurance Company, et al.*
**USDC Central District, Case No. 2:18-cv-03255-FMO-MRW**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Orange, State of California. My business address is The Atrium, 19100 Von Karman Avenue, Suite 700, Irvine, CA 92612.

On May 29, 2018, I served true copies of the following document:

**STIPULATED REQUEST FOR DISMISSAL OF DEFENDANT WELLS FARGO BANK, N.A.**

on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on May 29, 2018, at Irvine, California.

*/s/ Susan P. Vanderburgh*
Susan P. Vanderburgh

07685.2020/11228219.1

STIPULATED REQUEST FOR DISMISSAL OF DEFENDANT WELLS FARGO BANK, N.A

# SERVICE LIST
*Lamb v. Transamerica Premier Life Insurance Company, et al.*
USDC Central District, Case No. 2:18-cv-03255-FMO-MRW

| | |
|---|---|
| Lawrence P. Grassini, Esq.<br>Lars C. Johnson, Esq.<br>Brian Hong, Esq.<br>GRASSINI, WRINKLE & JOHNSON<br>20750 Ventura Blvd., Suite 221<br>Woodland Hills, CA 91364-6235 | Attorneys for Plaintiff<br>DONNA LAMB<br><br>Telephone: (818) 348-1717<br>Facsimile: (818) 348-7921<br>mail@grassinilaw.com<br>ematsuda@grassinilaw.com<br>bhong@grassinilaw.com<br>myukawa@grassinilaw.com<br>mail@grassiniandwrinkle.com<br>mail@gwandjlaw.com |
| Vivian Orlando, Esq.<br>Chakameh Ganji, Esq.<br>Misty A. Murray, Esq.<br>Vivian I Orlando, Esq.<br>HINSHAW & CULBERTSON LLP<br>633 W. 5th Street, 47th Floor<br>Los Angeles, CA 90071 | Attorneys for Defendant<br>TRANSAMERICA PREMIER LIFE<br>INSURANCE COMPANY f/k/a<br>MONUMENTAL LIFE INSURANCE<br>COMPANY<br><br>Telephone: (213) 680-2800 Direct<br>Telephone: (213) 614-7358<br>Facsimile: (213) 614-7399<br>vorlando@mail.hinshawlaw.com<br>vorlando@hinshawlaw.com<br>nvasquez@mail.hinshawlaw.com<br>cganji@hinshawlaw.com<br>lborys@hinshawlaw.com,<br>gvalles@hinshawlaw.com<br>mmurray@hinshawlaw.com<br>pbronstrup@hinshawlaw.com |

07685.2020/11228219.1

STIPULATED REQUEST FOR DISMISSAL OF DEFENDANT WELLS FARGO BANK, N.A