JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DONNA LAMB, | Case No. CV 18-3255 FMO (MRWx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| TRANSAMERICA PREMIER LIFE INSURANCE COMPANY, et al., | |
| Defendants. | |

  IT IS ADJUDGED that the above-captioned action is dismissed with prejudice. The parties shall bear their own fees and costs.

Dated this 14th day of March, 2019.

                /s/
             Fernando M. Olguin
            United States District Judge